# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PHILLIPPE FRANKLIN,

    Plaintiff,

v.                                  Case No: 6:17-cv-1196-Orl-40GJK

BOARD OF COUNTY
COMMISSIONERS OF OSCEOLA
COUNTY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's Motion Quantifying Attorneys' Fees and Costs (Doc. 99) filed on February 11, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 26, 2019 (Doc. 100), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion Quantifying Attorneys' Fees and Costs (Doc. 99) is **GRANTED**.

3. The Board of County Commissioners of Osceola County is awarded **$1,537.00** in attorney's fees against Phillippe Franklin.

**DONE AND ORDERED** in Orlando, Florida on April 15, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties